United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JOHN DOE,

              Plaintiff,

       v.

WILLIAM P. BARR, et al.,

              Defendants.

Case No.  20-cv-02263-RMI

**ORDER RE: ADMINISTRATIVE MOTIONS, STIPULATIONS, AND OBJECTIONS**

Re: Dkt. Nos. 4, 22, 23, 24, 26, 29

Now pending before the court are various administrative motions, stipulations, and objections to the filing of supplemental declarations. For good cause shown, Petitioner's unopposed Administrative Motion to Proceed Under Pseudonym (dkt. 4) is **GRANTED**. Respondents' opposed Administrative Motion for Leave to File Additional Exhibits and Supplemental Declarations (dkt. 23) is **GRANTED**. The parties' Stipulations (dkts. 26, 29) to file supplemental declarations are **GRANTED**, and each party's objections (dkts. 22, 24, 29-2) to the opposing party's filing of supplemental declarations and exhibits are **OVERRULED**.

      **IT IS SO ORDERED.**

Dated: April 27, 2020

ROBERT M. ILLMAN
United States Magistrate Judge